# United States District Court

_____ DISTRICT OF _____ CONNECTICUT _____

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | CASE NUMBER: 02-5410-LRJ |
| ROGER S. SCHMIDT | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 19, 2002 in Hartford County, in the District of Connecticut, defendant(s) did

ATTEMPT TO COERCE A MINOR TO TRAVEL IN INTERSTATE COMMERCE TO ENGAGE IN ILLEGAL SEXUAL ACTIVITY,

in violation of Title 18 United States Code, Section(s) 2422(a). I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof.   X Yes ___ No

Signature of Complainant

Sworn to before me, and subscribed in my presence

at Hartford, Connecticut
City and State

June 11, 2002
Date

Honorable Donna F. Martinez
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

STATE OF CONNECTICUT :
: ss: Hartford, Connecticut
COUNTY OF HARTFORD :

## AFFIDAVIT OF SPECIAL AGENT KATHY DEE SHUMAKER

I, Kathy Dee Shumaker, being duly sworn, hereby depose and state:

### Background

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed for approximately sixteen and one-half years. Along with other FBI agents, I am responsible for investigations involving crimes against children in the District of Connecticut. I am further responsible for enforcing federal criminal statutes involving the sexual exploitation of children pursuant to Title 18 United States Code, sections 2422(a), et seq. Pursuant to my enforcement responsibilities in this area, I have participated in training seminars educating me in the investigation and prosecution of child abuse crimes, crimes involving child sexual exploitation and crimes involving the interstate transportation of obscene materials.

2. I make this affidavit in support of a criminal complaint for Roger Scott Schmidt.

3. The statements contained in this affidavit are based in part on my own investigation and experience as a Special Agent of the FBI, as well as on information provided to me by and or

through (1) other Special Agents of the FBI; (2) Agent Keith O'Brien of the Glastonbury, Connecticut Police Department; and (3) officers from other local law enforcement agencies. I have not, however, included each and every fact known to me or to other law enforcement officers concerning this investigation. I have set forth here only those facts that I believe are necessary to establish probable cause to believe that Roger Scott Schmidt, date of birth, _____, 1962, has committed the offense of the coercing and enticing a minor to travel in intestate or foreign commerce, to in engage in any sexual activity for which any person can be charged with a criminal offense in violation of Title 18, United States Code, Section 2422(a).

**Facts of this Investigation**

4. On or about May 29, 2002, Agent Keith O'Brien, Glastonbury, Connecticut police department, contacted and advised me that a 15 year old female, had just been returned from Florida, after having been lured from Glastonbury, Connecticut by a 39 year old male to meet him in Florida for the purpose of engaging in sexual activity. Agent O'Brien then provided the following information.

5. Agent O'Brien informed me that on May 16, 2002, he interview a fifteen year old female who told him that she had had consensual intercourse with her 39 year old biological uncle while she was visiting her biological parents in

2

Pennsylvania during her spring break. She described in notes that they had sexual intercourse approximately 5 times during this visit.

6. Also on May 16, 2002, Agent O'Brien spoke with David Buck, the female's adoptive father, and Buck told Agent O'Brien that he (Buck) had spoken to the biological parents and learned that sexual acts had happened in their home, that the perpetrator was the victim's biological uncle, Roger Scott Schmidt. Buck stated that Schmidt was a convicted felon and HIV positive.

7. On May 19, 2002, Agent O'Brien was advised by David Buck, that his 15 year old daughter was missing. The girl had left her home at approximately 3:00 p.m. When the girl left she advised her father that she was going to a friend's, Kate, house, and that Kate's mother would bring her home after dark.

8. Buck further advised that he believed the disappearance might have be related to the assault, and that his daughter might have traveled either back to Pennsylvania or to South Carolina, where the alleged assailant, Roger Schmidt was visiting at the time.

9. On May 20, 2002 the girl's biological mother, Tina Hendron, telephoned Buck and advised that the girl was on a bus heading to Jacksonville, Florida to meet Roger Schmidt.

10. Upon receipt of this information, Agent O'Brien

3

contacted Greyhound Bus, in Hartford, Connecticut and spoke to the supervisor, Peter Figueroa. Figueroa advised he recalled that the girl boarded a bus bound for Florida, at approximately 2:00 p.m. yesterday. Figueroa specifically remembered her because she seemed upset and was crying. In addition, he allowed the girl to use his cellular telephone in an attempt to locate the individual who was supposed to have sent her a ticket. Figueroa recalled that the telephone number she called had a 561 area code. There was no answer and the girl left a message. Figueroa then checked the computer and found the girl's ticket along with a $40.00 cash advance. When asked if the number was 561-662-8977, Figueroa, confirmed that it was the number and he was certain because he had dialed the phone for her. I have sought subscribe information for this number through an administrative subpoena but have not yet been provided the information. The area code 561 is A Florida area code.

11. Figueroa provided a copy of the bus ticket transaction which reflected it had been purchased by Mike Aulton of 32 Callawassie Driver, Okatie, South Carolina. The transcript provided that the individual who picked up the ticket and cash advance had to provide a password and that password was "Scott." Figueroa advised that the girl had provided the correct password in order to obtain the ticket and

4

cash advance.

12. It was determined that the bus was headed for Jacksonville, Florida. Officers of the Jacksonville Sheriffs Office were notified of the buses impending arrival. At approximately 1:00 a.m., following the arrival of the bus in Jacksonville, the girl was located and removed from the bus.

13. Investigation determined that Mike Aulton was Roger Schmidt's employer/boss in South Carolina. Agent O'Brien then contacted Aulton, who advised that Schmidt had been residing and working in Okatie, South Carolina, while they worked in the area.

14. Aulton explained that recently, Schmidt had wanted to bring his girlfriend from up north to stay with him at the work site. Aulton told Schmidt he could not have a woman at the site, and that he, Schmidt, could take time off and travel to Jupiter, Florida where Aulton has a residence and would make available to Schmidt and his girlfriend.

15. Aulton drove Schmidt to Savannah, Georgia. Aulton stated he bought the bus ticket for Schmidt to travel to Jupiter, Florida and also purchased the ticket, on Schmidt's behalf, for the victim to travel from Connecticut to Florida. Aulton made these purchases because he owed Schmidt $800.00 for the work he had done.

16. Aulton further recalled he let Schmidt use a cell

5

phone while they were working in South Carolina. Aulton received a call from the victim on that cell phone after Schmidt had left for Florida.

17. According to Aulton, Schmidt told him that his girlfriend, was 17 years old and from the northeast.

18. After the victim's return to Glastonbury, CT, on May 23, 2002, Agent O'Brien interviewed the victim. During the interview, the victim explained that Schmidt had telephoned her a couple of times since the "incident" in Pennsylvania. The victim stated that Schmidt told her he would pay for her to go to Florida. He also directed her to pack a few things and take a taxi to the Hartford Bus Terminal. Schmidt told the victim he had already purchased a ticket to Jupiter, Florida and that there was $70.00 waiting for her at the terminal. The victim told Schmidt she only needed $40.00. The victim advised that she loved Schmidt and that he told her he loved her, wanted to get married and have children with her.

19. On June 10, 2002, David Buck, contacted Agent O'Brien and advised that Schmidt had sent a threatening letter to Gordon Schmidt, the victim's biological father.

20. A copy of the letter was faxed to Agent O'Brien, by Pennsylvania State Trooper Bowne, who is investigating the original sexual assault case against Roger Schmidt and the victim. The letter had a return address of "God" and the

6

postmark was not legible. The letter stated:

"Gordon Im(sic) coming up there so that I can introduce you and your fuck ass family to God!"

"Fuck you"

21. Florida law provides that sexual activity between an adult and a juvenile between the age of 12 and under 16 is a second degree felony, Title 46 Chapter 800.04, Lewd or Lascivious Batter

### Conclusion

22. Based upon the foregoing, there is probable cause to believe and I do believe that Roger Scott Schmidt knowingly attempted to persuade, induce, entice or coerce an individual to travel in interstate commerce to engage in sexual activity for which the person can be charged with a criminal offense. in violation of Title 18, United States Code, Section 2422(a).

Kathy Dee Shumaker,
Special Agent, Federal Bureau
of Investigation

Subscribed and sworn to before me on this 11th of day of June, 2002 at Hartford, Connecticut.

Donna F. Martinez
United States Magistrate Judge

7